UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LABORERS LOCAL 235 BENEFIT FUNDS,<br><br>        Plaintiff,<br><br>   v.<br><br>VERIFONE SYSTEMS, INC., et al.,<br><br>        Defendants. | Case No.  13-cv-01676-JST<br><br>**ORDER TO SHOW CAUSE AND VACATING CASE MANAGEMENT CONFERENCE**<br><br>Re: ECF No. 3 |

The Court ordered the parties to file a joint case management statement by July 3, 2013. ECF No. 3.  As of the date of this order, the parties have not filed the joint statement. Accordingly, the case management conference scheduled for July 10, 2013, is VACATED.  By July 12, 2013, the parties shall show cause, in writing, why they should not be sanctioned for failure to comply with the Court's order.  A hearing on this order to show cause and a case management conference will be held on July 24, 2013, at 2:00 p.m.

**IT IS SO ORDERED**.

Dated: July 8, 2013

                                                JON S. TIGAR
                                      United States District Judge