**THE MEHDI FIRM**
Azra Z. Mehdi (220406)
One Market
Spear Tower, Suite 3600
San Francisco, CA 94105
Telephone: (415) 293-8039
Fax: (415) 293- 8001
azram@themehdifirm.com

**SAXENA WHITE P.A.**
Joseph E. White, III
jwhite@saxenawhite.com
Lester R. Hooker (241590)
lhooker@saxenawhite.com
2424 N. Federal Highway, Suite 257
Boca Raton, FL 33431
Telephone: (561) 394-3399
Fax: (561) 394-3082

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

LABORERS LOCAL 235 BENEFIT FUNDS, Individually and On Behalf of All Others Similarly Situated

Plaintiff,

v.

VERIFONE SYSTEMS, INC., DOUGLAS G. BERGERON, ROBERT DYKES, and MARC E. ROTHMAN,

Defendants.

Case No. 3:13-cv-01676-JST

**RESPONSE TO ORDER TO SHOW CAUSE AND NOTICE OF VOLUNTARY DISMISSAL**

Date: July 24, 2013
Time: 2:00 P.M.
Courtroom: The Hon. Jon S. Tigar

Plaintiff Laborers Local 235 Benefit Funds ("Plaintiff") respectfully submits this response to the Court's Order to Show Cause (Dkt. No. 6) and notice of voluntary dismissal pursuant to pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

On March 17, 2013, a first-filed complaint which was substantially identical to the above-captioned action and which was styled *Sanders v. VeriFone Systems, Inc.*, *et al.*, Case No. 5:13-cv-01038-EJD (the "*Sanders* Action"), was filed in this District against VeriFone Systems, Inc. ("VeriFone" or the "Company") and certain of its officers and/or directors, alleging that VeriFone and the Individual Defendants violated §§10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and Rule 10b-5 promulgated thereunder. Plaintiff filed this action, *Laborers Local 235 Benefit Funds v. VeriFone Systems, Inc.*, *et al.*, Case No. 3:13-cv-01676-JST (the "*Local 235* Action"), on April 12, 2013. A third substantially identical securities class action was filed in this District styled *Bland v. VeriFone Systems, Inc.*, *et al.*, Case No. 4:13-cv-01853-SBA (the "*Bland* Action" and, together with the *Sanders* Action and the *Local 235* Action, the "Related Actions"), against VeriFone and certain of its officers and/or directors on April 23, 2013, also for violations of the Exchange Act and Rule 10b-5.

Pursuant to the PSLRA, within 20 days after the date on which a class action is filed, the plaintiff or plaintiffs who filed the initial complaint shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class:

(I) of the pendency of the action, the claims asserted therein, and the purported class period; and

(II) that not later than 60 days after the date on which the notice is published, any member of the purported class may move the court to serve as Lead Plaintiff of the purported class.

15 U.S.C. §78u-4(a)(3)(A)(i).

On March 07, 2013, following the filing of the first-filed *Sanders* action in this District and pursuant to 15 U.S.C. § 78u-4(a)(3)(A)(i), the first notice that a class action had been initiated against the Defendants was published on *Globe Newswire*, advising members of the proposed class of their right to move the Court to serve as Lead Plaintiff. Consequently, all Lead Plaintiff motions were due May 6, 2013. On May 6, 2013, several Lead Plaintiff motions seeking (i) consolidation of the Related Actions into the first-filed *Sanders* action, C.A. No. 5:13-cv-01038-EJD; (ii) appointment of Lead Plaintiff; and (iii) approval of Lead Plaintiff's selection of Lead Counsel, were filed in the first-filed *Sanders* action, and these motions remain pending before the Honorable Edward J. Davila. On June 11, 2013, Judge Davila issued an Order Continuing Case Management Conference in the *Sanders* Action in which the Court found "that a conference is unnecessary at this time and accordingly CONTINUES the Case Management Conference to August 9, 2013 at 10:00 a.m." *See Sanders* Action, Dkt. No. 48.

Given the fact that the *Sanders* Action is the first-filed action in this litigation and that the various Lead Plaintiff motions filed on May 6, 2013 remain pending in the first-filed *Sanders* Action, Plaintiff hereby voluntarily dismisses the above-captioned action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: July 10, 2013

Respectfully submitted,

By: /s/ *Azra Z. Mehdi*

**THE MEHDI FIRM**
Azra Z. Mehdi (220406)
One Market
Spear Tower, Suite 3600
San Francisco, CA 94105
Telephone: (415) 293-8039
Fax: (415) 293- 8001
azram@themehdifirm.com

**SAXENA WHITE P.A.**
Joseph E. White III
jwhite@saxenawhite.com
Lester R. Hooker (241590)
lhooker@saxenawhite.com
2424 North Federal Highway, Suite 257

Boca Raton, FL 33431
Telephone: (561) 394-3399
Fax: (561) 394-3382

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on, I authorized the electronic filing of Response to Order to Show Cause and Notice of Voluntary Dismissal, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 10, 2013.

*/s/ Azra Z. Mehdi*
Azra Z. Mehdi

# Mailing Information for a Case 3:13-cv-01676-JST

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lester Rene Hooker**
  lhooker@saxenawhite.com,e-file@saxenawhite.com
- **Azra Z. Mehdi**
  azram@themehdifirm.com,ghamilton@themehdifirm.com
- **Joseph Edward White , III**
  jwhite@saxenawhite.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)